Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico
_____ Division

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2025 JUL 29 PM 1:17

Case No. _25-cv-1396 GMM_
(to be filled in by the Clerk's Office)

_Ione Skye Vasquez_
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Jury Trial: (check one) [X] Yes [ ] No

_Elon Reeves Musk, See attached_
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: _Ione Skye Vasquez_
   Street Address: _Urbanizacion Palmarenas Calle 1 B7_
   City and County: _Loiza_
   State and Zip Code: _Puerto Rico 00772_
   Telephone Number: _(939) 255-8492_
   E-mail Address: _ioskyevas@yahoo.com, i46534256@gmail.com_

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name: Elon Reeves Musk
    Job or Title (if known): CEO, Engineer
    Street Address: 1 Tesla Road
    City and County: Austin
    State and Zip Code: Texas 78725
    Telephone Number: 1(512)324-8910, (650)681-5000, (800)662-7232
    E-mail Address (if known): @elonmusk on X (formerly Twitter), press@tesla.com, info@spacex.com, privacy@spacex.com, media@spacex.com

Defendant No. 2

    Name: Claire Elise Boucher
    Job or Title (if known): Musician, former girlfriend of Elon Musk & coparent
    Street Address: 1 Tesla Road
    City and County: Austin
    State and Zip Code: Texas 78725
    Telephone Number: unknown, @Grimezsz on X
    E-mail Address (if known):

Defendant No. 3

    Name: X Corp.
    Job or Title (if known): Technology and social media company
    Street Address: 865 FM 1209, Building 2
    City and County: Bastrop
    State and Zip Code: Texas 78602
    Telephone Number:
    E-mail Address (if known): legalnotices@x.com

Defendant No. 4

    Name: Taylor Alison Swift
    Job or Title (if known): Musician
    Street Address: UMG Commercial Services, Inc., Attn: General Counsel, EVP of Business & Legal Affairs 2220 Colorado Ave
    City and County: Santa Monica
    State and Zip Code: California 90404
    Telephone Number: 1.888.583.7176
    E-mail Address (if known): RoyaltyHelp@umusic.com

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Jack Patrick Dorsey
- Job or Title (if known): CEO of Block
- Street Address: Attn: Law Enforcement Response Team 1455 1955 Broadway, Suite 650
- City and County: Oakland
- State and Zip Code: California 94612
- Telephone Number:
- E-mail Address (if known): ir@block.xyz, press@block.xyz

Defendant No. 2
- Name: Bloomberg L.P.
- Job or Title (if known): Business and political media outlet
- Street Address: 731 Lexington Avenue
- City and County: New York
- State and Zip Code: New York 10022
- Telephone Number: 1(212) 617-1404
- E-mail Address (if known): inquiry1@bloomberg.net

Defendant No. 3
- Name: Barack Hussein Obama II
- Job or Title (if known): Former President, producer at Netflix
- Street Address: Obama Foundation 5235 South Harper Ct Suite 1140
- City and County: Chicago
- State and Zip Code: Illinois 60615
- Telephone Number:
- E-mail Address (if known): info@obama.org

Defendant No. 4
- Name: Netflix, Inc.
- Job or Title (if known):
- Street Address: 121 Albright Way
- City and County: Los Gatos
- State and Zip Code: California 95032
- Telephone Number:
- E-mail Address (if known):

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: Donald John Trump
    Job or Title (if known): President of the United States of America
    Street Address: The White House 1600 Pennsylvania Ave. N.W.
    City and County: Washington
    State and Zip Code: D.C. 20500
    Telephone Number: (202) 456-1111
    E-mail Address (if known):

Defendant No. 2
    Name: Alphabet Inc.
    Job or Title (if known): Tech. Company
    Street Address: 1600 Amphitheatre Parkway
    City and County: Mountain View
    State and Zip Code: California 94043
    Telephone Number: (650) 253-0000
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question                [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*The statutes related to this case include a violation of the plaintiff's 4th Amendment Rights, 17 U.S. Code 508, 18 U.S. Code 1801, 18 U.S. Code 1831, 18 U.S. Code 2261A, 42 U.S. Code 2276, NCDII, VAWA, Right of Publicity, The Lanham Act, Title VII of the Civil Rights Act, obstruction, psychological abuse.*

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

  1. The Plaintiff(s)

     a. If the plaintiff is an individual
        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

     b. If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)* _____.

     *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

  2. The Defendant(s)

     a. If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/29/2025

Signature of Plaintiff

Printed Name of Plaintiff: Ione Skye Vasquez

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____